Case Name:  STEPHEN B. JACQUIN
            KATHLEEN M. JACQUIN
Case No:    07 B 70138

## **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/8/07                               WILLIAM T. NEARY
                                            United States Trustee, Region 11


                                    BY:    ___/s/'_____
                                            CAROLE J. RYCZEK
                                            Attorney for the U.S. Trustee